IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv322-01-MU

| | |
|---|---|
| STUART WAYNE TOMPKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| DEP'T OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon its own motion.

On November 13, 2007, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 against twenty-six defendants in the United States District Court for the Eastern District of North Carolina. On March 17, 2008, the Eastern District dismissed all of Plaintiff's claims as frivolous except for his claim against Defendant Mitchell alleging that Defendant Mitchell had prohibited him from having any communication with his brother or son. On July 21, 2008, the Eastern District transferred the sole remaining claim against the only remaining defendant to this Court. In the approximately four months that Plaintiff's case has been pending with ths Court, Plaintiff has filed approximately forty-seven separate documents with this Court. In order to stop Plaintiff's vexatious and voluminous filings, the Court hereby enjoins Plaintiff from filing further documents in this case unless directed to do so by this Court.

**IT IS THEREFORE ORDERED THAT** Plaintiff is enjoined from filing any further documents in this case without the express permission of this Court.

Signed: December 1, 2008

Graham C. Mullen
United States District Judge