IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv322-01-MU

| | |
|---|---|
| STUART WAYNE TOMPKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEP'T OF CORRECTIONS, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Set Aside Judgment (Doc. No. 137), filed March 17, 2010.

Plaintiff has filed a motion requesting that this Court set aside its April 14, 2009, Order dismissing his Complaint. The basis for his motion is that he did not receive a copy of the April 14, 2009, Order until June 21, 2009. This fact does not provide a reason for this Court to set aside its Judgment pursuant to Rule 60(b). Moreover, the Court notes that his Notice of Appeal has been construed as a Motion for Leave to Reopen his Appeal Period and this Court has determined that Plaintiff satisfied the requirements set forth in Rule 4(a)(6) of the Federal Rules of Appellate Procedure.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Motion to Set Aside Judgment (Doc. No. 137) is **DENIED**.

Signed: March 22, 2010

Graham C. Mullen
United States District Judge